PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSE ANGEL CARRIZALES,                    )
                                          )   CASE NO.  4:23-CV-1117
                Plaintiff,                )
                                          )
            v.                            )   JUDGE BENITA Y. PEARSON
                                          )
CORRECTION OFFICER LAMBERT,               )
*et al.*,                                 )
                                          )   **ORDER**
                Defendants.               )   [Resolving ECF No. 10]


Pending is Plaintiff's Motion to Excuse Presence of Plaintiff at the Court's Telephonic

Case Management Conference.  ECF No. 10.  Plaintiff's motion, as submitted, is denied.

A motion to excuse must be based on good and particularized reason.  Incarcerated

persons appear telephonically with regularity in civil proceedings before the undersigned.

Plaintiff's Motion to Excuse is denied for lack of sufficient justification.


IT IS SO ORDERED.


September 25, 2023                              */s/ Benita Y. Pearson*
Date                                           Benita Y. Pearson
                                               United States District Judge