PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE ANGEL CARRIZALES, | ) | |
| | ) | CASE NO.  4:23CV1117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORRECTION OFFICER LAMBERT, | ) | |
| *et al.*, | ) | **ORDER OF REFERENCE:** |
| | ) | **MEDIATION** |
| Defendants. | ) | |

Pursuant to Local Rule 16.4, Alternative Dispute Resolution (ADR), of the Local Rules

of the United States District Court for the Northern District of Ohio, the above-captioned case is

hereby referred to mediation pursuant to Local Rule 16.6.

The Court refers this case to Magistrate Judge Carmen E. Henderson to conduct a

mediation to be completed no sooner than May 5, 2024 and no later than June 5, 2024, if

possible.  Counsel shall notify the Court in advance of the mediation if the matter has settled.

IT IS SO ORDERED.

October 16, 2023                                            */s/ Benita Y. Pearson*
Date                                                              Benita Y. Pearson
                                                                      United States District Judge