PEARSON, J.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| JOSE ANGEL CARRIZALES, | ) | |
| | ) | CASE NO.  4:23CV1117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORRECTION OFFICER LAMBERT, | ) | |
| *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 23] |

Pending is Attorney Jamie D. Guzman's Motion for Admission to Appear Pro Hac Vice. ECF No. 23.  The motion is accompanied by a declaration of good standing (ECF No. 23-1) the $120.00 fee (Receipt Number AOHNDC-12401801) as required by LR 83.5(h).

For good cause shown, the motion is granted.  Jamie D. Guzman shall be entered on the docket as representing Defendants Correction Officer Lambert, CoreCivic of Tennessee, LLC d/b/a Northeast Ohio Correctional Center, and CoreCivic, Inc. d/b/a Northeast Ohio Correctional Center.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.

February 18, 2024                                          */s/ Benita Y. Pearson*
Date                                                              Benita Y. Pearson
                                                                    United States District Judge

()

()