PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE ANGEL CARRIZALES, | ) | |
| | ) | CASE NO.  4:23CV1117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORRECTION OFFICER LAMBERT, | ) | |
| *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Regarding ECF Nos. 23, 24] |

Defendant previously filed a Motion to Appear Pro Hac Vice (ECF No. 23), which the Court granted.  On February 20, 2024, defense counsel informed the Court that Attorney Guzman represents only CoreCivic of Tennessee, LLC and CoreCivic, Inc.  Accordingly, defense counsel is directed to file a new Motion to Appear Pro Hac Vice indicating which Defendants Attorney Guzman represents.[1]

IT IS SO ORDERED.

February 26, 2024
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge

_____

[1] The Court notes that Attorney Guzman paid the filing fee for his first motion.