PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JOSE ANGEL CARRIZALES, | ) |
| | ) CASE NO.  4:23-CV-1117 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| CORRECTION OFFICER LAMBERT, | ) |
| *et al.*, | ) |
| | ) **ORDER** |
| Defendants. | ) [Resolving ECF No. 29] |

Pending is Attorney Jamie D. Guzman's Motion for Admission to Appear Pro Hac Vice. ECF No. 29.  The motion is accompanied by a declaration of good standing (ECF No. 29-1) the $120.00 fee (Receipt Number AOHNDC-12401801) as required by LR 83.5(h).

For good cause shown, the motion is granted.  Jamie D. Guzman shall be entered on the docket as representing Defendants CoreCivic of Tennessee, LLC d/b/a Northeast Ohio Correctional Center, and CoreCivic, Inc. d/b/a Northeast Ohio Correctional Center.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.


| | |
|---|---|
| March 13, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |