PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSE ANGEL CARRIZALES, | ) | |
| | ) | CASE NO.  4:23CV1117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORRECTION OFFICER LAMBERT, | ) | |
| *et al.*, | ) | |
| | ) | **ORDER OF REFERENCE** |
| Defendants. | ) | |

Defense counsel emailed the Court to provide informal notice of a discovery dispute pursuant to the Case Management Conference Order (ECF No. 17 at ¶ 11).  The above-captioned action is hereby referred to the Honorable Carmen E. Henderson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and Local Rules 72.1 and 72.2(a), for resolution of the parties discovery dispute described in the transmittal to the Court.


IT IS SO ORDERED.


March 15, 2024                                              */s/ Benita Y. Pearson*
Date                                                            Benita Y. Pearson
                                                                   United States District Judge