PEARSON, J.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JOSE ANGEL CARRIZALES, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　v. )<br>　　　　　　　　　　　　　　　 )<br>CORRECTION OFFICER LAMBERT, )<br>*et al.*, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendants. ) | CASE NO.  4:23-CV-1117<br><br>JUDGE BENITA Y. PEARSON<br><br><br>**ORDER** |

On April 12, 2024, Plaintiff's counsel notified the Court in the above-captioned matter that the parties have reached a settlement.  Therefore, the docket shall be marked "settled and dismissed without prejudice."  On or before May 13, 2024, the parties shall submit an executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.


April 12, 2024　　　　　　　　　　　　　　　　　　　　 */s/ Benita Y. Pearson*
Date　　　　　　　　　　　　　　　　　　　　　　　　　 Benita Y. Pearson
　　　　　　　　　　　　　　　　　　　　　　　　　　　 United States District Judge