Approved.
/s/ *Benita Y. Pearson* on 5/13/2024
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JOSE ANGEL CARRIZALES, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTION OFFICER LAMBERT, et al., <br><br> Defendants. | Civil Action No.: 4:23-CV-01117-BYP <br><br><br> **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** |

The Plaintiff, Jose Angel Carrizales ("Plaintiff"), and Defendants CoreCivic, Inc., dba Northeast Ohio Correctional Center, and CoreCivic of Tennessee, LLC, dba Northeast Ohio Correctional Center ("Defendants"), through undersigned counsel, hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 13th day of May, 2024.

| | |
|---|---|
| */s/Theran J. Selph, Sr.* 5/13/24 consent | */s/Timothy J. Bojanowski* |
| Theran J. Selph, Sr. (0079376) | Timothy J. Bojanowski  (0016162) |
| SELPH LAW | Jamie D. Guzman *(pro hac vice)* |
| P.O. Box 341318 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| Columbus, OH  43234-1318 | 3100 West Ray Road, Suite 300 |
| Telephone: (614) 453-0971 | Chandler, AZ  85226 |
| Facsimile:(866) 519-5298 | Telephone: (480) 420-1600 |
| tselph@selphlaw.com | Facsimile: (480) 420-1695 |
| | tbojanowski@strucklove.com |
| | |
| *Attorney for Plaintiff* | *Attorney for CoreCivic, Inc., dba Northeast Ohio Correctional Center, and CoreCivic of Tennessee, LLC, dba Northeast Ohio Correctional Center* |